99 A.3d 533

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Earl HASSAN, Petitioner.**

**No. 99 EM 2014.**

Supreme Court of Pennsylvania.

Sept. 12, 2014.

### *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of September, 2014, the "Appeal from Denial of Application for Relief," treated as a Petition for Review, and the Petition for Summary Judgment are **DENIED.**